IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR134 |
| | ) | 8:06MJ59 |
| JOHN J. GRIMALDO, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

Before the Court is defendant's Motion to Review Detention [14]/[8]. I find that Pretrial Services should investigate the defendant's proposed release plan and provide a copy of the report to the Court and counsel on or before June 22, 2006.

IT IS SO ORDERED.

DATED this 9th day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge