## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                                   )
           Plaintiff,       )
                                   )
           vs.            )          8:06CR134
                                   )
JOHN J. GRIMALDO,          )
                                   )          **SCHEDULING ORDER**
          Defendant.     )

      IT IS ORDERED that the following is set for hearing on **June 29, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

      - Motion to Suppress [15] filed by the defendant.

      Since this is a criminal case, the defendant must be present, unless excused by the Court.

      DATED this 9th day of June, 2006.

                  BY THE COURT:


                  s/ F.A. Gossett
                  United States Magistrate Judge