IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:06CR134 |
| JOHN J. GRIMALDO, | ) | **ORDER** |
| Defendant. | ) | |

Before the Court is the government's Consent Motion to Continue Suppression Hearing [23]. Good cause being shown, the motion will be granted and the previously scheduled evidentiary hearing will be continued.

IT IS ORDERED:

1. That the Consent Motion to Continue Suppression Hearing [23] is granted;

2. That the evidentiary hearing on the Motion to Suppress [15] is continued to August 9, 2006 at 9:00 a.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska. The defendant must be present.

3. Both parties agree to delay the arraignment on superseding indictment until the August 9, 2006 hearing. Defendant will be arraigned on the superseding indictment prior to the evidentiary hearing on the Motion to Suppress.

DATED this 27th day of June, 2006.

                                                                           BY THE COURT:

                                                                          s/ F.A. Gossett
                                                                          United States Magistrate Judge